**Order entered March 17, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00757-CV**

**IN THE INTEREST OF M.W.M., JR., A MINOR CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-04168**

**ORDER**

Before the Court is appellants' March 12, 2020 unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the brief received by the Clerk of the Court March 10, 2020 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE